**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Intrum AB *et al.*,[1] | ) | Case No. 24-90575 (CML) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING**
**ON NOVEMBER 18, 2024 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Agenda of matters set for a ***virtual hearing*** on **November 18, 2024 at 4:00 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Avenue, Houston, Texas 77002:

A.    **First Day Motions**

    1.    **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2].**

        **Status:** Going forward.

    2.    **Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3].**

        **Status:** Going forward.

    3.    **Debtors' Emergency Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan, (II) Approving Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline, (III) Fixing Deadline to Object to Disclosure**

---

[1]     The Debtors in these chapter 11 cases are Intrum AB and Intrum AB of Texas LLC.  The Debtors' service address in these chapter 11 cases is 801 Travis Street, STE 2101, #1312, Houston, TX 77002.

Statement and Plan, (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement to File Statements of Financial Affairs and Schedules of Assets and Liabilities, and (V) Granting Related Relief [Docket No. 13].

**Status:** Going forward.

4.     Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Them to Continue Using Their Existing (A) Cash Management System and (B) Business Forms (II) Authorizing Them to Continue Engaging in Intercompany Transactions, (III) Providing Administrative Expense Priority for Postpetition Intercompany Claims, (IV) Waiving Compliance with Section 345(b) and UST Guidelines, and (V) Granting Related Relief [Docket No. 12].

**Status:** Going forward.

5.     Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 15].

**Status:** Going forward.

6.     Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Perform Under Prepetition Hedging Arrangements, (B) Enter Into, and Perform Under, Postpetition Hedging Arrangements, (C) Grant Liens and Superpriority Administrative Expense Claims, and (II) Granting Related Relief [Docket No. 11].

**Status:** Going forward.

7.     Debtors' <u>Emergency</u> Motion Entry of an Order (I) Authorizing Them to (A) Continue Employee Compensation and Benefits Programs and (B) Pay Prepetition Claims Related Thereto, and (II) Granting Related Relief [Docket No. 10].

**Status:** Going forward.

8.     **Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Them to Pay Prepetition Claims of Certain Vendors and Lien Claimants, and (II) Granting Related Relief [Docket No. 9].**

<u>Related Documents</u>**:**

Notice of Amended Proposed Order (I) Authorizing the Debtors to Pay Prepetition Trade Claims and (II) Granting Related Relief [Docket No. 24-1]

**Status:** Going forward.

9.     **Debtors' <u>Emergency</u> Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief [Docket No. 6].**

**Status:** Going forward.

10.     **Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors, (II) Modifying the Requirement to File a List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, and (IV) Granting Relief [Docket No. 5].**

**Status:** Going forward.

11.     **Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 8].**

**Status:** Going forward.

12.     **Debtors' <u>Emergency</u> Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4].**

**Status:** Going forward.

**B.    Related Documents**

1.     **Declaration of Andrés Rubio in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 14].**

2.     **Declaration of Benjamin J. Steele in Support of Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the**

Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4-2].

3.    Debtors' Witness and Exhibit List for First Day Hearing on November 18, 2024 [Docket No. 23].

4.    Notice of Telephonic and Video Conference Hearing on Emergency Motions [Docket No. 25]

Dated: November 17, 2024
Houston, Texas


Respectfully submitted,


*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
1000 Main Street, 36th Floor
Houston TX 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
Email:        jhiggins@porterhedges.com
                  sjohnson@porterhedges.com

**MILBANK LLP**
Dennis F. Dunne (*pro hac vice* pending)
Jaimie Fedell (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219
Email:        ddunne@milbank.com
                  jfedell@milbank.com


- and –


**MILBANK LLP**
Andrew M. Leblanc (*pro hac vice* pending)
Melanie Westover Yanez (*pro hac vice* pending)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email:        aleblanc@milbank.com
                  mwyanez@milbank.com


*Proposed Counsel to the*
*Debtors and Debtors in Possession*

## <u>Certificate of Service</u>

I certify that on November 17, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>*/s/ John F. Higgins*</u>
November 17, 2024