IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Intrum AB, *et al.*,[1] | ) | Case No. 24-90575 (CML) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF DEBTORS'** ***EMERGENCY*** **MOTION TO ENFORCE THE COURT'S ORDERS AND FOR CIVIL CONTEMPT**

**[Relates to Docket No. 303]**

PLEASE TAKE NOTICE that on January 15, 2025, the above-captioned debtors in possession (the "Debtors") filed the *Debtors' Emergency Motion to Enforce the Court's Orders and for Civil Contempt* [Case No. 24-90575, Docket No. 303] (the "Motion to Enforce").

On March 14, 2025, the Debtors filed the *Motion for Entry of Order (I) Approving Settlement Between Debtors and the Minority Ad Hoc Group and (II) Granting Related Relief* [Case No. 24-90575, Docket No. 341] (the "Motion for Settlement Approval"), which sought approval by the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") of a settlement agreement entered into by the Debtors and the *ad hoc* committee of holders of Intrum AB notes due 2025 (the "Minority Ad Hoc Group"), dated March 13, 2025 (the "Settlement Agreement").

---

[1] The Debtors in these chapter 11 cases are Intrum AB and Intrum AB of Texas LLC. The Debtors' service address in these chapter 11 cases is 801 Travis Street, STE 2101, #1312, Houston, TX 77002.

On April 7, 2025, the Bankruptcy Court granted the Motion for Settlement Approval through the *Order (I) Approving Settlement Between Debtors and Minority Ad Hoc Group and (II) Granting Related Relief* [Case No. 24-90575, Docket No. 351].

On April 8, 2025, the Debtors and the Minority Ad Hoc Group jointly filed the *Joint Agreement, Pursuant to Fed. R. Bankr. P. 8023, Concerning Voluntary Dismissal of Appeal* [Case No. 4:25-cv-00242, Docket No. 39] (the "Notice of Voluntary Dismissal") in the United States District Court for the Southern District of Texas (the "District Court"), which requested the voluntary dismissal with prejudice of the Minority Ad Hoc Group's *Notice of Appeal* [Case No. 24-90575, Docket No. 296] of (i) the *Order Denying Motion of the Ad Hoc Committee of Holders of Intrum AB Notes Due 2025 to Dismiss Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b) and Federal Rule of Bankruptcy Procedure 1017(f)(1)* [Case No. 24-90575, Docket No. 262] and (ii) the *Order (I) Approving Disclosure Statement and (II) Confirming Joint Prepackaged Chapter 11 Plan of Intrum AB and Its Affiliated Debtor (Further Technical Modifications)* [Case No. 24-90575, Docket No. 263].

On April 14, 2025, the District Court dismissed with prejudice the Minority Ad Hoc Group's claims against the Debtors [Case No. 4:25-cv-00242, Docket No. 41], in accordance with the Notice of Voluntary Dismissal.

PLEASE TAKE FURTHER NOTICE that, consistent with Section 7.3 of the Settlement Agreement, the Debtors hereby withdraw the Motion to Enforce without prejudice.

Dated: April 15, 2025
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
Eric D. Wade (TX 00794802)
M. Shane Johnson (TX 24083263)
1000 Main Street, 36th Floor
Houston TX 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
Email:       jhiggins@porterhedges.com
             ewade@porterhedges.com
             sjohnson@porterhedges.com

**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Jaimie Fedell (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219
Email:       ddunne@milbank.com
             jfedell@milbank.com

– and –

**MILBANK LLP**
Andrew M. Leblanc (admitted *pro hac vice*)
Melanie Westover Yanez (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email:       aleblanc@milbank.com
             mwyanez@milbank.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

Dated: April 15, 2025 /s/ *John F. Higgins*

John F. Higgins